■ In the Matter of JOSEPH MASCIA, Individually and in His Capacities as Tenant Member of Buffalo Municipal Housing Authority Board of Commissioners and Candidate for Reelection as a Tenant Member of Buffalo Municipal Housing Authority Board of Commissioners, Respondent, v LEAGUE OF WOMEN VOTERS OF BUFFALO/NIAGARA, INC., Respondent, and BUFFALO MUNICIPAL HOUSING AUTHORITY et al., Appellants. [12 NYS3d 584]—Appeal from a judgment (denominated order and judgment) of the Supreme Court, Erie County (Shirley Troutman, J.), entered June 25, 2014 in a CPLR article 78 proceeding. The judgment, among other things, directed respondents to reinstate petitioner as a candidate for reelection to the position of Tenant Member.

It is hereby ordered that the judgment so appealed from is unanimously affirmed without costs. Present—Smith, J.P., Peradotto, Carni, Valentino and Whalen, JJ.